Amy Jane Longo (SBN 198304)
Amy.Longo@ropesgray.com
ROPES & GRAY LLP
10250 Constellation Blvd.
Los Angeles, California 90067
Tel: 310-975-3000
Fax: 310-975-3400

David B. Hennes* (*pro hac vice* forthcoming)
Andrew S. Todres* (*pro hac vice* forthcoming)
David.Hennes@ropesgray.com
Andrew.Todres@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212-596-9000
Fax: 212-596-9090

Isaac C.H. Sommers* (*pro hac vice* forthcoming)
Isaac.Sommers@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
Tel: 202-508-4600
Fax: 202-508-4650

*Attorneys for Petitioner*
ZYGMUNT SOLORZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF ZYGMUNT SOLORZ FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | ) Misc. Action No.: 2:25-mc-00112 <br><br> ) **DECLARATION OF ISAAC C.H. SOMMERS, ESQ. IN SUPPORT OF APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

DECLARATION OF ISAAC C.H. SOMMERS, ESQ. IN SUPPORT OF APPLICATION FOR DISCOVERY
PURSUANT TO 28 U.S.C. § 1782

I, Isaac C.H. Sommers, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, that the following is true and correct:

1.     I am an Associate at the law firm Ropes & Gray LLP, counsel for the Petitioner Mr. Zygmunt Solorz ("Mr. Solorz" or the "Petitioner").  I am admitted to practice law in Washington, D.C. and the United States District Court for the District of Columbia (my *pro hac vice* application to the Central District of California is forthcoming), and am a member in good standing of these Bars.

2.     I submit this Declaration in support of Petitioner Mr. Zygmunt Solorz's *Ex Parte* Application and Petition For An Order to Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Petition").

3.     I have personal knowledge of all of the facts stated in this Declaration and, if called as a witness, could and would competently testify to these facts.

4.     A true and correct copy of the Proposed Order for this Court, and the proposed Subpoena (attached to the Proposed Order as **Exhibit 1**), are attached as **Exhibit A**.

5.     As required by this Court's Local Rule 7-19.1, on October 29, at 8:00 a.m. Eastern Time / 1:00 p.m. Central European Time, I called Bartosz Krużewski and Łukasz Piergies at the law firm of Clifford Chance in Warsaw, Poland, who I understand have represented Ms. Żak in certain matters.  Mr. Krużewski did not answer, but his assistant informed me that Mr. Krużewski was in a meeting and advised me to send an email.  Mr. Piergies did not answer, but I left a voicemail notifying Mr. Piergies that Mr. Solorz would be filing the Petition and inquired as to whether Ms. Żak intended to oppose the Petition.  I also emailed both Mr. Piergies and Mr. Krużewski about this matter after placing these calls.  A true and correct copy of the email notice sent to Ms. Żak's counsel is attached as **Exhibit B**.  Ms. Żak's counsel did not respond to my calls, voicemail, or email prior to my execution of this Declaration at 7:00 p.m. Eastern Time.

DECLARATION OF ISAAC C.H. SOMMERS, ESQ. IN SUPPORT OF APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

6. The names, email addresses, office addresses, and telephone numbers for Ms. Żak's known counsel are as follows:

| Bartosz Krużewski | Łukasz Piergies |
|---|---|
| bartosz.kruzewski@cliffordchance.com | lukasz.piergies@cliffordchance.com |
| CLIFFORD CHANCE | CLIFFORD CHANCE |
| Norway House | Norway House |
| ul. Lwowska 19 | ul. Lwowska 19 |
| Warsaw, 00-660 Poland | Warsaw, 00-660 Poland |
| Tel: +48224299514 | Tel: +48224299433 |

I declare, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 29th day of October 2025 in Washington, D.C.

Isaac C.H. Sommers

---

3

DECLARATION OF ISAAC C.H. SOMMERS, ESQ. IN SUPPORT OF APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782