# EXHIBIT B

## Sommers, Isaac

| | |
|---|---|
| **From:** | Sommers, Isaac |
| **Sent:** | Wednesday, October 29, 2025 8:16 AM |
| **To:** | bartosz.kruzewski@cliffordchance.com; lukasz.piergies@cliffordchance.com |
| **Cc:** | Hennes, David; Todres, Andrew; Longo, Amy Jane |
| **Subject:** | Zygmunt Solorz 1782 Application - Ex Parte Application Notice |

Counsel:

I am writing as a follow-up to phone calls I placed to your office numbers several minutes ago. I and my colleagues David Hennes, Andrew Todres, and Amy Jane Longo represent Zygmunt Solorz in connection with a forthcoming *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Aleksandra Żak for Use in Foreign Proceedings (the "Petition"). In the Petition, Mr. Solorz will be requesting leave of Court to serve a subpoena on Ms. Żak for documents for use in the following proceedings pending in Liechtenstein: Case Nos. 06 HG.2025.22, 06 HG.2024.133, and 06 HG.2025.122. Mr. Solorz intends to file the Petition later today in the U.S. District Court for the Central District of California.

Please let us know as soon as possible whether your firm will be representing Ms. Żak in connection with the Petition, and/or whether Ms. Żak intends to oppose the Petition.

Thank you,

**Isaac C.H. Sommers**
**ROPES & GRAY LLP**
T +1 202 508 4636
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Isaac.Sommers@ropesgray.com
www.ropesgray.com
pronouns: he/him/his