# EXHIBIT B

[Stamp: "**NOTARIAL OFFICE**
**Dariusz Wierzchucki Adrian Ziółkowski s.c.**
00-138 Warsaw, 2 Zimna St. unit 23
tel. 22 620-02-45, 22 652-04-80"]

[Stamp: "EXTRACT"]

REPERTORY "A" No. *6235* /2024

# NOTARIAL DEED

On the second of August two thousand twenty-four (08/02/2024) at 4:15 p.m., before me – Dariusz Wierzchucki, notary public in Warsaw, running a Notarial Office at 2 Zimna Street, unit 23 in Warsaw, who arrived at the building at 77 Ostrobramska Street in Warsaw, appeared, personally known to the notary: ----------

**Zygmunt Józef Solorz**, according to his statement, son of Henryk and Monika, PESEL: 56080407253, residing at, according to his statement: Meierhofstrasse 8, 9495 Triesen, Liechtenstein. ----------------------------------

## DECLARATION

**§ 1.1** The Appearer Zygmunt Solorz declares that he is the Founder and Primary Beneficiary of the foundation named TiVi Foundation with its registered office in Vaduz, Duchy of Liechtenstein, entered in the commercial register kept by Office of Justice of the Principality of Liechtenstein under number FL – 0002.394.367-5 (hereinafter referred to as "the Foundation"). ----------------------------------------------

**2.** The Appearer declares that the Secondary Beneficiaries of the Foundation are his children Tobias Markus Solorz, Aleksandra Jadwiga Żak, and Piotr Mateusz Żak. ---------------------------------------------------------------------------------------------------

**3.** The Appearer Zygmunt Solorz declares that, pursuant to Article 13 (2) 2 of the Foundation's Charter, during his lifetime he has the right to decide, by means of a declaration in the form of a notarial deed, that from a date specified by him, provisions of the Charter and the Additional Founding Charter applicable during his lifetime are repelled and that provisions that come into force on the date of the Founder's death are applied instead ---------------------------------------------------------------------------------

**§ 2.** The Appearer Zygmunt Solorz declares that, pursuant to Article 13 (2) 2 of the Foundation's Charter, from the moment of signing this deed, he repeals the provisions of the Charter and the Additional Founding Charter applicable during his lifetime and he orders that provisions that come into force on the date of the Founder's death be applied in their place ----------------------------------------------------------------

24

**§ 4.** All capitalized terms used in this deed shall be understood in accordance with their definitions contained in the Foundation's Charter. --------------------------------

**§ 5.** Copies of the deed shall be issued to the Appearer and to the Secondary Beneficiaries in any number. ------------------------------------------------------------------------

**§ 6.** The costs of this deed shall be borne by the Founder. -------------------------

**§ 7.** The following have been charged: -------------------------------------------------

- Notarial fee, pursuant to §10(3) and §17 of the Regulation of the Minister of Justice of June 28, 2004, on maximum notary fees (consolidated text: Journal of Laws of 2020, item 1473, as amended) in the amount of PLN 250.00, and

- Goods and services tax at a rate of 23% (twenty-three percent), pursuant to Article 41(1) and Article 146aa(1)(1) of the Act of March 11, 2004, on Goods and Services Tax (consolidated text: Journal of Laws of 2024, item 361), in the amount of PLN 57.50 --------------------------------------------------------------------------------------------

This deed has been read out, accepted, and signed. ---------------------------------

*The original deed bears the relevant signatures.*

**REPERTORY "A" No.** *6236*/**2024**
*Notarial Office in Warsaw*
*Notary Dariusz Wierzchucki and notary Adrian Ziółkowski s.c.*
*2 Zimna St., unit 23*
This extract was issued to: ....*The Party*
Collected: by way of performing a notarial act,
pursuant to §12 of the Regulation of the Minister of Justice
of June 28, 2004, on maximum
notarial fees (consolidated text: Journal of Laws of 2020, item 1473, as amended),
PLN ....*6.00*.
and by way of goods and services tax of 23% (consolidated text: Journal of Laws of 2024, item 361)
PLN ....*1.38*
Warsaw, on the day of *08.02.* **of year 2024.**

[Round seal with an emblem of
an eagle and an inscription on
the rim:                              [Stamp: "Dariusz Wierzchucki
"Dariusz Wierzchucki                        Notary"
NOTARY                       and illegible signature.]
*IN WARSAW*
*1*"]

25

**KANCELARIA NOTARIALNA**
**Dariusz Wierzchucki**
**Adrian Ziółkowski s.c.**
00-138 Warszawa, ul. Zimna 2 lok. 23
tel. 22 620-02-45, 22 652-04-80

REPERTORIUM A Nr 6235 /2024



# AKT NOTARIALNY

Dnia drugiego sierpnia roku dwa tysiące dwudziestego czwartego (02.08.2024) o godzinie 16:15 przede mną Dariuszem Wierzchuckim, notariuszem w Warszawie, prowadzącym Kancelarię Notarialną przy ulicy Zimnej nr 2 lokal 23 w Warszawie, przybyłym do budynku przy ulicy Ostrobramskiej nr 77 w Warszawie, stawił się osobiście notariuszowi znany: --------------------------------------------------

**Zygmunt Józef Solorz**, według oświadczenia: syn Henryka i Moniki, PESEL: 56080407253, zamieszkały według oświadczenia: Meierhofstrasse 8, 9495 Triesen, Liechtenstein. ------------------------------------------------

# OŚWIADCZENIE

**§ 1.1** Stawający Zygmunt Solorz oświadcza że jest Fundatorem oraz Beneficjentem Pierwszego Stopnia fundacji pod nazwą TiVi Foundation z siedzibą w Vaduz, Księstwo Liechtenstein wpisanej do rejestru handlowego prowadzonego przez Urząd Sprawiedliwości Księstwa Liechtenstein, pod numerem FL - 0002.394.367-5 (dalej „Fundacja"). ------------------------------------------------------------------------

**2.** Stawający Zygmunt Solorz oświadcza, że Beneficjentami Drugiego Stopnia Fundacji są jego dzieci Tobias Markus Solorz, Aleksandra Jadwiga Żak oraz Piotr Mateusz Żak------------------------------------------------------------------------

**3.** Stawający Zygmunt Solorz oświadcza, że zgodnie z art. 13 (2) 2 statutu Fundacji, za swego życia ma prawo postanowić oświadczeniem w formie aktu notarialnego, iż od określonej przez niego daty uchyla zastosowanie postanowień Statutu i Dodatkowego Aktu Fundacyjnego mających zastosowanie za jego życia nakazując zastosowanie w ich miejsce postanowień wchodzących w życie od dnia śmierci Fundatora ------------------------------------------------------------------------

**§ 2.** Stawający Zygmunt Solorz oświadcza, że zgodnie z art. 13 (2) 2 statutu Fundacji, od chwili podpisania niniejszego aktu, uchyla zastosowanie postanowień

26

Statutu i Dodatkowego Aktu Fundacyjnego mających zastosowanie za jego życia nakazując zastosowanie w ich miejsce postanowień wchodzących w życie od dnia śmierci Fundatora---------------------------------------------------------------------------------

§ 4. Wszelkie użyte w niniejszym akcie terminy pisane z wielkiej litery należy rozumieć zgodnie z definicjami zawartymi w Statucie Fundacji. ------------------

§ 5. Wypisy aktu należy wydawać Stawającemu oraz Beneficjentom Drugiego Stopnia w dowolnej ilości.----------------------------------------------------------

§ 6. Koszty niniejszego aktu ponosi Fundator. ---------------------------------

§ 7. Pobrano:-----------------------------------------------------------------------

- taksy notarialnej na podstawie §10 pkt 3) i §17 rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 roku w sprawie maksymalnych stawek taksy notarialnej (tekst jednolity Dz. U. z 2020 r. poz. 1473 z późn. zm.) złotych 250,00 oraz

- podatku od towarów i usług według stawki 23% (dwadzieścia trzy procent) na podstawie art. 41 ust. 1 oraz art. 146aa ust. 1 pkt 1) ustawy z dnia 11 marca 2004 roku o podatku od towarów i usług (tekst jednolity Dz. U. z 2024 r. poz. 361)złotych 57,50-------------------------------------------------------------------------

Akt ten został odczytany, przyjęty i podpisany.---------------------------------

*Na oryginale aktu właściwe podpisy.*

**REPERTORIUM A Nr** 6236**/2024**
*Kancelaria Notarialna w Warszawie*
*Notariusz Dariusz Wierzchucki Notariusz Adrian Ziółkowski s.c.*
*ul. Zimna nr 2 lokal 23*
Wypis ten wydano: ......Stronie..........
Pobrano za dokonanie czynności notarialnej
z §12 rozporządzenia Ministra Sprawiedliwości
z dnia 28 czerwca 2004 roku w sprawie maksymalnych
stawek taksy notarialnej (t.j. Dz. U. z 2020 r. poz. 1473 z późn. zm.)
złotych ...6,00......
oraz podatku VAT 23% (t.j. Dz. U. z 2024 r. poz. 361)
złotych ...1,38.....
Warszawa, dnia ..........02-08....... **2024 roku.**

*Dariusz Wierzchucki*
notariusz

27