# EXHIBIT C

**NOTARY OFFICE**
**Dariusz Wierzchucki**
**Adrian Ziółkowski s.c.**
00-138 Warsaw, ul. Zimna 2 lok. 23
tel. 22 620-02-45, 22 652-04-80

| Exhibit [hw: ./1] |
|---|

REPERTORIUM A No. [hw: 6229] /2024

# NOTARIAL DEED

On the second of August, two thousand and twenty-four (08/02/2024) at 3:30 p.m, I, Dariusz Wierzchucki, notary in Warsaw, with a notarial office at ul. Zimna 2/23 in Warsaw, met the person named below, whom I know personally, at ul. Ostrobramska 77 in Warsaw: --------------------------------------------------------------

**Zygmunt Józef Solorz,** son of Henryk and Monika, social security number 56080407253, residing at Meierhofstrasse 8, 9495 Triesen, Liechtenstein. -----------------------------------------------------------------------------

# DECLARATION

**§ 1.1** The Person Appearing, Zygmunt Solorz, declared that he is the Founder and First-Degree Beneficiary of the foundation called Solkomtel Foundation (the **"Foundation"** ) based in Vaduz, Liechtenstein, and entered in the commercial register kept by the Office of Justice of the Principality of Liechtenstein under the number FL - 0002.419.785-2.

**2.** Zygmunt Solorz declared that Secondary Beneficiaries of the Foundation are his children Tobias Markus Solorz, Aleksandra Jadwiga Żak, and Piotr Mateusz Żak.

**3.** Zygmunt Solorz declared that pursuant to art. 13 (2) 2 of the Statute of the Foundation, during his lifetime he may as of a specific date revoke, in the form of a notarial deed, the provisions of the Foundation's Statute and Additional Founding Deed which applied during his lifetime, and introduce in their place fresh provisions applicable from the time of his death.

**§ 2.** Zygmunt Solorz declared that pursuant to art. 13 (2) 2 of the Statute of the Foundation, as of the signing of this Deed he is revoking the provisions of the Foundation's Statute and Additional Founding Deed which applied during his lifetime, and is introducing in their place fresh provisions applicable from the time of his death.

**§ 4.** All the terms appearing in initial capitals in this Deed are to be interpreted according to the definitions set forth in the Statute of the Foundation.

28

**§ 5.** Copies of this Deed are to be issued to the Person Appearing and to the Secondary Beneficiaries in unlimited quantities.

**§ 6.** The Founder bears the costs of this Deed.

**§ 7.** The following charges were collected:

- Notarial fee pursuant to §10 (3) and §17 of the Regulation of the Minister of Justice of June 28, 2004 on the maximum amounts of notarial fees (consolidated text: Journal of Laws 2020 item 1473, as amended) -- PLN 250.00; and

- Value added tax of 23% (twenty-three percent) pursuant to art. 41 (1) and art. 146aa (1) (1) of the Value Added Tax Act of March 11, 2004 (consolidated text: Journal of Laws 2024 item 361) – PLN 57.50.

This Deed was read out, accepted, and signed.

*The appropriate signatures appear on the original.*
**REPERTORIUM A NO.** [hw: 6230]/**2024**
*Notary Office in Warsaw*
*Dariusz Wierzchucki and Adrian Ziółkowski, Notaries,*
*ul. Zimna 2/23*
This copy was issued to: [hw: The party present: ]
Notarial fee charged under the terms of §12 of the Regulation of the Minister of Justice of June 28, 2004 on the maximum amounts of notarial fees (Journal of Laws 2020 item 1473, as amended) – PLN [hw: 6.00]
plus 23% VAT (Journal of Laws 2024 item 361)
PLN [hw: 1.38]
Warsaw, [hw: 08/02]/**2024**



[signature]
*Dariasz Wiezchucki*
Notary

[seal: DARIASZ WIEZCHUCKI, NOTARY, WARSAW]

29

Case 2:25-mc-00112-MEMF-JC  Document 3-3  Filed 10/29/25  Page 4 of 6  Page ID #:84

KANCELARIA NOTARIALNA
Dariusz Wierzchucki
Adrian Ziółkowski s.c.
00-138 Warszawa, ul. Zimna 2 lok. 23
tel. 22 620-02-45, 22 652-04-80

REPERTORIUM A Nr 6229 /2024



Beilage ./1

## AKT NOTARIALNY

Dnia drugiego sierpnia roku dwa tysiące dwudziestego czwartego (02.08.2024) o godzinie 15:50, przede mną Dariuszem Wierzchuckim, notariuszem w Warszawie, prowadzącym Kancelarię Notarialną przy ulicy Zimnej nr 2 lokal 23 w Warszawie, przybyłym do budynku przy ulicy Ostrobramskiej nr 77 w Warszawie, stawił się osobiście notariuszowi znany: -----------------------------------------------------

**Zygmunt Józef Solorz**, według oświadczenia: syn Henryka i Moniki, PESEL: 56080407253, zamieszkały według oświadczenia: Meierhofstrasse 8, 9495 Triesen, Liechtenstein. ---------------------------------------------------

## OŚWIADCZENIE

§ 1.1 Stawający Zygmunt Solorz oświadcza że jest Fundatorem oraz Beneficjentem Pierwszego Stopnia fundacji pod nazwą **Solkomtel Foundation** z siedzibą w Vaduz, Księstwo Liechtenstein wpisanej do rejestru handlowego prowadzonego przez Urząd Sprawiedliwości Księstwa Liechtenstein, pod numerem FL - 0002.419.785-2 (dalej „**Fundacja**"). ---------------------------------------------

2. Stawający Zygmunt Solorz oświadcza, że Beneficjentami Drugiego Stopnia Fundacji są jego dzieci Tobias Markus Solorz, Aleksandra Jadwiga Żak oraz Piotr Mateusz Żak. ---------------------------------------------------------------

3. Stawający Zygmunt Solorz oświadcza, że zgodnie z art. 13 (2) 2 statutu Fundacji, za swego życia ma prawo postanowić oświadczeniem w formie aktu notarialnego, iż od określonej przez niego daty uchyla zastosowanie postanowień Statutu i Dodatkowego Aktu Fundacyjnego mających zastosowanie za jego życia nakazując zastosowanie w ich miejsce postanowień wchodzących w życie od dnia śmierci Fundatora. ---------------------------------------------------------------

§ 2. Stawający Zygmunt Solorz oświadcza, że zgodnie z art. 13 (2) 2 statutu Fundacji, od chwili podpisania niniejszego aktu, uchyla zastosowanie postanowień

30

Statutu i Dodatkowego Aktu Fundacyjnego mających zastosowanie za jego życia nakazując zastosowanie w ich miejsce postanowień wchodzących w życie od dnia śmierci Fundatora. --------------------------------------------------------------------------------

§ 4. Wszelkie użyte w niniejszym akcie terminy pisane z wielkiej litery należy rozumieć zgodnie z definicjami zawartymi w Statucie Fundacji. ------------------

§ 5. Wypisy aktu należy wydawać Stawającemu oraz Beneficjentom Drugiego Stopnia w dowolnej ilości. ----------------------------------------------------------

§ 6. Koszty niniejszego aktu ponosi Fundator. ---------------------------------

§ 7. Pobrano: -----------------------------------------------------------------------

- taksy notarialnej na podstawie §10 pkt 3) i §17 rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 roku w sprawie maksymalnych stawek taksy notarialnej (tekst jednolity Dz. U. z 2020 r. poz. 1473 z późn. zm.) złotych 250,00 oraz

- podatku od towarów i usług według stawki 23% (dwadzieścia trzy procent) na podstawie art. 41 ust. 1 oraz art. 146aa ust. 1 pkt 1) ustawy z dnia 11 marca 2004 roku o podatku od towarów i usług (tekst jednolity Dz. U. z 2024 r. poz. 361) złotych 57,50 ------------------------------------------------------------------------

Akt ten został odczytany, przyjęty i podpisany. -----------------------------------

*Na oryginale aktu właściwe podpisy.*

REPERTORIUM A Nr 6230/2024
*Kancelaria Notarialna w Warszawie*
*Notariusz Dariusz Wierzchucki Notariusz Adrian Ziółkowski s.c.*
*ul. Zimna nr 2 lokal 23*
Wypis ten wydano: ...Stronie...
Pobrano za dokonanie czynności notarialnej
z §12 rozporządzenia Ministra Sprawiedliwości
z dnia 28 czerwca 2004 roku w sprawie maksymalnych
stawek taksy notarialnej (t.j. Dz. U. z 2020 r. poz. 1473 z późn. zm.)
złotych ...6,00...
oraz podatku VAT 23% (t.j. Dz. U. z 2024 r. poz. 361)
złotych ...1,38...
Warszawa, dnia ...02.08... 2024 roku.

*Dariusz Wierzchucki*
notariusz

31