# EXHIBIT E

Exhibit ./M

| OŚWIADCZENIE | DECLARATION |
|---|---|
| Ja, niżej podpisany, Zygmunt Solorz, PESEL 56080407253 jako jedyny Fundator Fundacji TiVi Foundation z siedzibą w Vaduz, Liechtenstein oraz jako jedyny Fundator Fundacji Solkomtel Foundation z siedzibą w Vaduz, Liechtenstein niniejszym uchylam się od skutków prawnych następujących oświadczeń woli: | I, the undersigned, Zygmunt Solorz, personal identification number PESEL 56080407253, hereby contest, as the sole Founder of the TiVi Foundation, domiciled in Vaduz, Liechtenstein, and as the sole Founder of the Solkomtel Foundation, domiciled in Vaduz, Liechtenstein, the following declarations of intent: |
| 1) oświadczenia z dnia 02 sierpnia 2024 roku dotyczącego zmian statutu fundacji Solkomtel Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6219/2024 („Oświadczenie 1"); | 1) The declaration dated August 2, 2024, concerning the amendment of the Statutes of the Solkomtel Foundation, Vaduz, the signatures on which were notarized by Dariusz Wierzchucki, notary in Warsaw, under Notarial Deed A No. 6219/2024 ("Declaration 1"); |
| 2) oświadczenia z dnia 02 sierpnia 2024 roku dotyczącego zmian statutu fundacji TiVi Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6223/2024 („Oświadczenie 2"); | 2) The declaration dated August 2, 2024, concerning the amendment of the Statutes of the TiVi Foundation, Vaduz, the signatures on which were notarized by Dariusz Wierzchucki, notary in Warsaw, under Notarial Deed A No. 6223/2024 ("Declaration 2"); |
| 3) oświadczenia z dnia 02 sierpnia 2024 roku „Uchwała w trybie obiegowym" zgodnie z art. 7 statutu fundacji Solkomtel Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6227/2024 („Oświadczenie 3"); | 3) The declaration dated August 2, 2024, "Resolution by Circular Procedure" pursuant to Article 7 of the Statutes of the Solkomtel Foundation, Vaduz, the signatures on which were notarized by Dariusz Wierzchucki, notary in Warsaw, under Notarial Deed A No. 6227/2024 ("Declaration 3"); |
| 4) oświadczenia z dnia 02 sierpnia 2024 roku „Uchwała w trybie obiegowym" zgodnie z art. 7 statutu fundacji TiVi Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6228/2024 („Oświadczenie 4"); | 4) The declaration dated August 2, 2024, "Resolution by Circular Procedure" pursuant to Article 7 of the Statutes of the TiVi Foundation, Vaduz, the signatures on which were notarized by Dariusz Wierzchucki, notary in Warsaw, under Notarial Deed A No. 6228/2024 ("Declaration 4"); |
| 5) oświadczenia z dnia 02 sierpnia 2024 roku złożonego w trybie art. 13 (2) 2 statutu fundacji Solkomtel Foundation z siedzibą w Vaduz w formie aktu notarialnego przed Dariuszem Wierzchuckim, notariuszem w Warszawie, Repertorium A Nr 6229/2024 („Oświadczenie 5"); | 5) The declaration dated August 2, 2024, pursuant to Article 13(2)2 of the Statutes of the Solkomtel Foundation, Vaduz, notarized by Dariusz Wierzchucki, notary in Warsaw, under Notarial Deed A No. 6229/2024 ("Declaration 5"); |
| 6) oświadczenia z dnia 02 sierpnia 2024 roku złożonego w trybie art. 13 (2) 2 statutu fundacji TiVi Foundation z siedzibą w Vaduz w formie aktu notarialnego przed Dariuszem Wierzchuckim, | 6) The declaration dated August 2, 2024, pursuant to Article 13(2)2 of the Statutes of the TiVi Foundation, Vaduz, notarized by Dariusz Wierzchucki, notary in Warsaw, under Notarial |

124

| | |
|---|---|
| | Deed A No. 6235/2024 ("Declaration 6"). |
| notariuszem w Warszawie, Repertorium A Nr 6235/2024 ("Oświadczenie 6"); jako oświadczeń woli (co dotyczy zarówno Oświadczenia 1, Oświadczenia 2, Oświadczenia 3, Oświadczenia 4, Oświadczenia 5 i Oświadczenia 6) złożonych przeze mnie pod wpływem wywołanego podstępnie błędu. Oświadczenie 1, Oświadczenie 2, Oświadczenie 3, Oświadczenie 4, Oświadczenie 5 i Oświadczenie 6 jako oświadczenia woli wadliwe są dotknięte sankcją nieważności i w konsekwencji, nie wywierają i nie mogą wywrzeć żadnych skutków prawnych. | I was induced to make these declarations of intent (this applies to Declaration 1, Declaration 2, Declaration 3, Declaration 4, Declaration 5, and Declaration 6) by fraudulent misrepresentation. Declaration 1, Declaration 2, Declaration 3, Declaration 4, Declaration 5, and Declaration 6 are defective and therefore invalid; they have no legal effect and cannot have legal effect in the future. |

August 13, 2024

[signature]
**Zygmunt Solorz**

[hw:]
Potwierdzam odbiór dokumentu w imieniu własnym oraz w imieniu Fundacji TiVi Foundation i Solkomtel Foundation

    [Signature]

    TOMASZ SZELĄG
    August 13, 2024

I confirm receipt of the document on behalf of myself and on behalf of both TiVi Foundation and Solkomtel Foundation

    [Signature]

    TOMASZ SZELĄG
    August 13, 2024.

Beilage ·/M

| OŚWIADCZENIE | ERKLÄRUNG |
|---|---|
| Ja, niżej podpisany, Zygmunt Solorz, PESEL 56080407253 jako jedyny Fundator fundacji TiVi Foundation z siedzibą w Vaduz, Liechtenstein oraz jako jedyny Fundator fundacji Solkomtel Foundation z siedzibą w Vaduz, Liechtenstein niniejszym uchylam się od skutków prawnych następujących oświadczeń woli: | Ich, der Unterzeichner, Zygmunt Solorz, Personenidentifikationsnummer PESEL 56080407253, fechte hiermit als alleiniger Stifter der TiVi Foundation mit Sitz in Vaduz, Liechtenstein und als alleiniger Stifter der Solkomtel Foundation mit Sitz in Vaduz, Liechtenstein, die folgenden Willenserklärungen an: |
| 1) oświadczenia z dnia 02 sierpnia 2024 roku dotyczącego zmian statutu fundacji Solkomtel Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6219/2024 („Oświadczenie 1"); | 1) die Erklärung vom 2. August 2024 über die Änderung der Statuten der Solkomtel Foundation mit Sitz in Vaduz, unter der meine Unterschriften durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6219/2024, beglaubigt wurden ("Erklärung 1"); |
| 2) oświadczenia z dnia 02 sierpnia 2024 roku dotyczącego zmian statutu fundacji TiVi Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6223/2024 („Oświadczenie 2"); | 2) die Erklärung vom 2. August 2024 über die Änderung der Statuten der TiVi Foundation mit Sitz in Vaduz, unter der die Unterschriften durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6223/2024, notariell beglaubigt wurden ("Erklärung 2") |
| 3) oświadczenia z dnia 02 sierpnia 2024 roku „Uchwała w trybie obiegowym" zgodnie z art. 7 statutu fundacji Solkomtel Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6227/2024 („Oświadczenie 3"); | 3) die Erklärung vom 2. August 2024 "Beschluss im Umlaufverfahren" gemäß Artikel 7 der Statuten der Solkomtel Foundation, Vaduz, unter der die Unterschriften durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6227/2024, notariell beglaubigt wurden; ("Erklärung 3"); |
| 4) oświadczenia z dnia 02 sierpnia 2024 roku „Uchwała w trybie obiegowym" zgodnie z art. 7 statutu fundacji TiVi Foundation z siedzibą w Vaduz, pod którym zostały poświadczone notarialnie podpisy przez Dariusza Wierzchuckiego, notariusza w Warszawie, Repertorium A Nr 6228/2024 („Oświadczenie 4"); | 4) die Erklärung vom 2. August 2024 "Beschluss im Umlaufverfahren" gemäß Artikel 7 der Statuten der TiVi Foundation, Vaduz, unter der die Unterschriften durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6228/2024, beglaubigt wurden ("Erklärung 4"); |
| 5) oświadczenia z dnia 02 sierpnia 2024 roku złożonego w trybie art. 13 (2) 2 statutu fundacji Solkomtel Foundation z siedzibą w Vaduz w formie aktu notarialnego przed Dariuszem Wierzchuckim, notariuszem w Warszawie, Repertorium A Nr 6229/2024 („Oświadczenie 5"); | 5) die Erklärung vom 2. August 2024 gemäß Artikel 13 (2) 2 der Statuten der Solkomtel Foundation mit Sitz in Vaduz, notariell beurkundet durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6229/2024 ("Erklärung 5"); |
| 6) oświadczenia z dnia 02 sierpnia 2024 roku złożonego w trybie art. 13 (2) 2 statutu fundacji TiVi Foundation z siedzibą w Vaduz w formie aktu notarialnego przed Dariuszem Wierzchuckim, | 6) die Erklärung vom 02. August 2024 gemäß Artikel 13 (2) 2 der Satzung der TiVi Foundation mit Sitz in Vaduz, notariell beurkundet durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6235/2024 ("Erklärung 6"); |



126

| | |
|---|---|
| notariuszem w Warszawie, Repertorium A Nr 6235/2024 („Oświadczenie 6"); jako oświadczeń woli (co dotyczy zarówno Oświadczenia 1, Oświadczenia 2, Oświadczenia 3, Oświadczenia 4, Oświadczenia 5 i Oświadczenia 6) złożonych przeze mnie pod wpływem wywołanego podstępnie błędu. Oświadczenie 1, Oświadczenie 2, Oświadczenie 3, Oświadczenie 4, Oświadczenie 5 i Oświadczenie 6 jako oświadczenia woli wadliwe są dotknięte sankcją nieważności i w konsekwencji, nie wywierają i nie mogą wywrzeć żadnych skutków prawnych. | zur Abgabe dieser Willenserklärungen (dies gilt sowohl für Erklärung 1, Erklärung 2, Erklärung 3, Erklärung 4, Erklärung 5 und Erklärung 6) bin ich durch arglistige Täuschung bestimmt worden. Erklärung 1, Erklärung 2, Erklärung 3, Erklärung 4, Erklärung 5 und Erklärung 6 sind mangelhaft und daher unwirksam, weswegen sie keine Rechtsfolgen entfalten und auch in Zukunft keine Rechtsfolgen entfalten können. |

13.08.2024

_____
Zygmunt Solorz

*[Handwritten:]* Potwierdzam odbiór dokumentu w imieniu własnym oraz w. imieniu Fundacji TiVi Foundation i Solkomtel Foundation

T. Sh/
TOMASZ SZELĄG
13.08.2024

*[Handwritten:]* I confirm receipt of the document on behalf of myself and on behalf of both TiVi Foundation and Solkomtel Foundation

T. Sh/
TOMASZ SZELĄG
13.08.2024.

127