# EXHIBIT F

[coat of arms]
MAG. ALEXANDER WINKLER
PUBLIC NOTARY
1180 Vienna | Weimarer Straße 5
Phone (01) 479 54 04
Fax (01) 479 69 74
Email: kanzlei@notar-winkler.at

Supplement *10*

Business number: 1557

# Notarial deed

Before me, Magister Alexander Winkler, public notary with an official seat in Vienna-Währing, Vienna, and an official office in 1180 Vienna, Weimarer Straße 5, the following appeared today at 1010 Vienna, Schwarzenbergplatz 3, where I have gone at the express request of the party, namely:

1.)     Mr. **Zygmunt Jozef Solorz**, born on 08/04/1956 (fourth of August nineteen hundred and fifty-six), Principality of Liechtenstein, 9495 Triesen, Meierhofstrasse 8, identified by his passport of the Republic of Poland EK 7971729, issued on 12/22/2016 (twenty-second of December two thousand and sixteen) by Wojewoda Mazowiecki

Page One

The aforementioned person hands me the private deed attached to this file, consisting of an unstamped sheet, namely the declaration of today's date of the

**Purpose of the notarial confirmation.**

I thus examined and signed the present private deed in accordance with § 54 (paragraph fifty-four) of the applicable Notarial Act.

The party acknowledges before me, the notary, that he has also signed the enclosed private deed in his own hand.

When questioned by me, the notary, the party declares that he has been fully informed of the legal and tax consequences of this legal transaction by his legal and tax representation, that he is aware of the consequences of the legal transaction and that he does not wish to receive any further information from me, the notary.

The contracting party was informed of the company's obligation to disclose the beneficial owner in accordance with Section 5 WIEREG (Paragraph five of the Austrian Beneficial Owners Register Act). The contracting party declares that none of the natural persons involved in this transaction or the beneficial owners of the legal entities involved in this transaction exercise or have exercised an important public office and are not in a family or other close relationship with a person who exercises or has exercised an important public office. The contracting party also declares that he is not participating in this transaction in the name or for the account of a third party and that the funds for this transaction do not originate from an offense punishable by more than one year's imprisonment.

At the same time, he authorizes that copies of this notarial deed may be issued to him and his legal successors as well as to the TiVi Foundation upon unilateral request, in each case at the requesting party's expense.

Page Two

EXPLANATION

The Declarant, Mr. Zygmunt Józef Solorz, declares that he is the founder and primary beneficiary of the foundation named TiVi Foundation with its registered office in Vaduz, Principality of Liechtenstein, registered in the Commercial Register of the Office of Justice of the Principality of Liechtenstein under number FL - 0002.394.367-5 (hereinafter referred to as "the Foundation").

Mr. Zygmunt Józef Solorz explains that the secondary beneficiaries of the foundation are his children Tobias Markus Solorz, Aleksandra Jadwiga Żak and Piotr Mateusz Żak.

Mr. Zygmunt Józef Solorz declares that on August 2, 2024 in Warsaw he was induced by the secondary beneficiaries of the Foundation by (inter alia fraudulent) deception to make a declaration pursuant to Article 13 (2) 2 of the Articles of Association, notarized by Dariusz Wierzchucki, notary public in Warsaw, under deed A No. 6235/2024. Even if he considers this declaration to be invalid and void, he would also like to declare a formal revocation in accordance with Article 13 (2) 2 (iii) of the Foundation's Articles of Association in order to avoid any misunderstandings.

Mr. Zygmunt Józef Solorz declares that, in accordance with Article 13 (2) 2 (iii) of the Foundation's Articles of Association, he, as the founder, has the right to revoke or amend a declaration pursuant to Article 13 (2) 2 of the Articles of Association at any time, including after the date specified in this declaration by the founder, without the need to state reasons. The right to revoke or amend a declaration in accordance with Article 13 (2) 2 of the Articles of Association is unconditional and irrevocable.

**Mr. Zygmunt Józef Solorz declares that, in accordance with Article 13 (2) 2 (iii) of the Foundation's Articles of Association, he revokes his declaration pursuant to Article 13 (2) 2 of the Articles of Association, made on August 2, 2024 and notarized by Dariusz Wierzchucki, notary in Warsaw, under deed A No. 6235/2024.** He therefore expressly does not waive the application of the provisions of the Articles of Association and the by-laws in force during his lifetime and does not order the application of the provisions in force at the time of the founder's death in their place.

All terms used in this deed shall be interpreted in accordance with the definitions in the Foundation's Articles of Association.

A copy of this declaration is issued for the founder and each secondary beneficiary.

The costs of this deed shall be borne by the founder.

Vienna, August 17, 2024

*[signature]*

DRAWN UP IN ACCORDANCE WITH
§ 54 NO [Austrian Notarial Act]

*[signature]*
Public Notary Solorz

130



**MAG. ALEXANDER WINKLER**
ÖFFENTLICHER NOTAR
1180 Wien • Weimarer Straße 5
Telefon (01) 479 54 04
Fax (01) 479 69 74
E-mail: kanzlei@notar-winkler.at

Geschäftszahl: 1557

Beilage ./0



# Notariatsakt

Vor mir, Magister Alexander Winkler, öffentlicher Notar mit dem Amtssitz in Wien-Währing, Wien, und der Amtskanzlei in 1180 Wien, Weimarer Straße 5, ist heute im Hause 1010 Wien, Schwarzenbergplatz 3, wohin ich mich über ausdrückliches Ersuchen der Partei begeben habe, erschienen die Partei, und zwar: -----------------------------------------------------------------

1.) err **Zygmunt Jozef Solorz**, geboren am 04.08.1956 (vierten August neunzehnhundertsechsundfünfzig), Fürstentum Liechtenstein, 9495 Triesen, Meierhofstraße 8, ausgewiesen durch dessen Reisepass der Republik Polen EK 7971729, ausgestellt am 22.12.2016 (zweiundzwanzigsten Dezember zweitausendsechzehn) von Wojewoda Mazowiecki -------

-----------------------------------------------------------------

Seite Eins

131

Der Genannte übergibt mir Notar die diesem Akte beigeheftete, aus einem ungestempelten Bogen bestehende Privaturkunde, nämlich die Erklärung vom heutigen Tage zum -------------

-------------------------------Z w e c k e   d e r   n o t a r i e l l e n-------------------------------
-----------------------------------B e k r ä f t i g u n g.-----------------------------------

Ich habe sohin die vorliegende Privaturkunde im Sinne des § 54 (Paragraphen vierundfünfzig) der geltenden Notariatsordnung geprüft und unterzeichnet. ----------------------------------

Die Partei anerkennt vor mir, Notar, die beigeschlossene Privaturkunde ebenfalls eigenhändig unterzeichnet zu haben. ----------------------------------------------------------------

Über Befragen durch mich, Notar, erklärt die Partei, über die rechtlichen und steuerlichen Folgen dieses Rechtsgeschäfts durch ihre rechtliche und steuerliche Vertretung umfassend informiert worden zu sein, sich der Folgen des Rechtsgeschäftes bewusst zu sein und keine weiteren Informationen durch mich, Notar, zu wünschen. ----------------------------------------

Die Vertragspartei wurde auf die Verpflichtung der Gesellschaft zur Bekanntgabe des wirtschaftlichen Eigentümers gemäß § 5 WiEReG (Paragraph fünf Wirtschaftliche Eigentümer-Registergesetz) hingewiesen. Die Vertragspartei erklärt, dass keine der an diesem Geschäft beteiligten natürlichen Personen oder die wirtschaftlichen Eigentümer der an diesem Geschäft beteiligten juristischen Personen ein wichtiges öffentliches Amt ausüben oder ausgeübt haben und nicht in einem familiären oder sonstigen Naheverhältnis zu einer Person zu stehen, welche ein wichtiges öffentliches Amt ausübt oder ausgeübt hat. Ebenso erklärt die Vertragspartei, dass sie nicht im fremden Namen oder auf fremde Rechnung an diesem Geschäft teilnimmt und dass die Mittel für dieses Geschäft nicht aus einer mit mehr als einjähriger Freiheitsstrafe bedrohten Handlung stammen. ----------------------------------------

Gleichzeitig bewilligt sie, dass von diesem Notariatsakte ihr und ihren Rechtsnachfolgern sowie der TiVi Foundation auf einseitiges Verlangen auch wiederholt Ausfertigungen jeweils auf Kosten des Ersuchenden erteilt werden können. --------------------------------------------

Seite Zwei

132

ERKLÄRUNG

Der Erklärende, Herr Zygmunt Józef Solorz, erklärt, dass er der Stifter und Erstbegünstigte der Stiftung mit dem Namen TiVi Foundation mit Sitz in Vaduz, Fürstentum Liechtenstein, eingetragen im Handelsregister des Amtes für Justiz des Fürstentums Liechtenstein unter der Nummer FL - 0002.394.367-5 (im Folgenden "die *Stiftung*") ist.

Herr Zygmunt Józef Solorz erklärt, dass die Zweitbegünstigten der Stiftung seine Kinder Tobias Markus Solorz, Aleksandra Jadwiga Żak und Piotr Mateusz Żak sind.

Herr Zygmunt Józef Solorz erklärt, dass er am 2. August 2024 in Warschau von den Zweitbegünstigten der Stiftung durch (unter anderem arglistige) Täuschung dazu veranlasst wurde, eine Erklärung gemäß Artikel 13 (2) 2 der Statuten, notariell beurkundet durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6235/2024, abzugeben. Auch wenn er diese Erklärung als unwirksam und nichtig ansieht, möchte er zur Vermeidung von Missverständnissen auch einen förmlichen Widerruf gemäß Artikel 13 (2) 2 (iii) der Statuten der Stiftung erklären.

Herr Zygmunt Józef Solorz erklärt, dass er als Stifter gemäß Artikel 13 (2) 2 (iii) der Statuten der Stiftung das Recht hat, eine Erklärung gemäß Artikel 13 (2) 2 der Statuten jederzeit, auch nach dem in dieser Erklärung von dem Stifter angegebenen Datum, ohne Erfordernis einer Begründung zu widerrufen bzw. zu ändern. Die Berechtigung zum Widerruf bzw. zur Änderung einer Erklärung gemäß Artikel 13 (2) 2 der Statuten steht dem Stifter bedingungslos zu und ist unwiderruflich.

**Herr Zygmunt Józef Solorz erklärt, dass er in Übereinstimmung mit Artikel 13 (2) 2 (iii) der Statuten der Stiftung seine Erklärung gemäß Artikel 13 (2) 2 der Statuten, abgegeben am 2. August 2024 und notariell beurkundet durch Dariusz Wierzchucki, Notar in Warschau, zu Urkunde A Nr. 6235/2024, widerruft.** Er verzichtet somit ausdrücklich nicht auf die Anwendung der zu seinen Lebzeiten geltenden Bestimmungen der Statuten und der Beistatuten und ordnet an deren Stelle nicht die Anwendung der Bestimmungen an, die zum Zeitpunkt des Todes des Stifters in Kraft treten.

Alle in dieser Urkunde verwendeten Begriffe sind in Übereinstimmung mit den Definitionen in den Statuten der Stiftung auszulegen.

Für den Stifter und jeden Zweitbegünstigten wird jeweils eine Kopie dieser Erklärung ausgestellt.

Die Kosten dieser Urkunde gehen zu Lasten des Stifters.

Wien, am 17. AUG.

Solo—

GEFERTIGT GEM
§54 NO

öffentlicher Notar

133