# EXHIBIT I

Beilage /L

Warsaw, August 3, 2024, 4:00 pm

**Accord**

We, the undersigned, Zygmunt Solorz, as Founder of the TiVi and Solkomtel Foundations, and Aleksandra Żak, Piotr Żak and Tobias Solorz, as Secondary Beneficiaries of the aforementioned two Foundations, unanimously agree to suspend the application of the provisions of the declarations of amendment to the Articles of Association of the two aforementioned Foundations, the declarations submitted under Art. 13 (2), 2 of the Articles of Association of the two aforementioned Foundations, and the resolutions of the Boards of the two aforementioned Foundations of August 2, 2024, adopted with the approval of the Curator, and furthermore to refrain from any actions or decisions related to or made based on the aforementioned documents until August 16, 2024.

During the period until August 16, 2024, good-faith discussions will be held to settle matters involving the operation of the two aforementioned Foundations.

| [*Signature*] | [*Signature*] | [*Signature*] | [*Signature*] |
|---|---|---|---|
| Zygmunt Solorz | Aleksandra Żak | Piotr Żak | Tobias Solorz |

204

REPERTORY A No. *6241*/2024
*Notary office in Warsaw*
*Notariusz Dariusz Wierzchucki Notariusz Adrian Ziółkowski Spółka Cywilna*
*Zimna street No. 2, of. 23, 00-138 Warszawa*

On the third day of August, the year two thousand twenty four (08.03.2024), Dariusz Wierzchucki, Notary Public in Warsaw, of the Notary Office at Zimna street No. 2 office 23 in Warsaw, certifies that the signatures on this document were affixed in wet ink in his presence in the building at Ostrobramska street No. 77 in Warsaw by:---

**1. Zygmunt Józef Solorz,** son of Henryk and Monika, PESEL: 56080407253, per declaration residing at: Meierhofstrasse 8, 9495 Triesen, Liechtenstein, known personally to the notary. -----

**2. Tobias Markus Solorz,** son of Zygmunt and Ilona, PESEL: 80081919257, per declaration residing at: Haldenweg 18, 9495 Triesen, Liechtenstein, known personally to the notary. ------

**3. Piotr Mateusz Żak,** son of Zygmunt and Małgorzata, PESEL: 92092609850, per declaration residing in: 04-175 Warsaw, Ostrobramska street No. 83 ap. 1801A, known personally to the notary.

**4. Aleksandra Jadwiga Żak,** daughter of Zygmunt and Małgorzata, PESEL: 89112205143, per declaration residing at: 9950 Toluca Lake Ave 91602 North Hollywood, CA, USA, known personally to the notary.

[Stamp: DARIUSZ WIERZCHUCKI / NOTARY PUBLIC / IN WARSAW]

Collected:--

Notarial fees per §13 and §17 of the Regulation of the Minister of Justice of June 28, 2004 on the maximum amount of the notarial fee (consolidated text Journal of Laws of 2020, item 1473, with subsequent amendments) PLN 80.00 -

- tax on goods and services - 23% under Art. 41(1) and Art. 146ef(1)(1) of the Act of March 11, 2004 on the tax on goods and services (consolidated text Journal of Laws of 2024, item 361) PLN 18.40

In total: PLN 98.40.

[Stamp: DARIUSZ WIERZCHUCKI / NOTARY PUBLIC / IN WARSAW]

        [Signature]
        Darisz Wierzchicki
        notary public

Beilage /L

Warszawa, 3 sierpnia 2024 r., godz. 16.00

## Porozumienie

My niżej podpisani, Zygmunt Solorz jako Fundator Fundacji TiVi i Solkomtel oraz Aleksandra Żak, Piotr Żak i Tobias Solorz, jako Beneficjenci Drugiego Stopnia ww obu Fundacji, zgodnie postanawiają zawiesić stosowanie postanowień oświadczeń o zmianie statutów obu ww. Fundacji, oświadczeń złożonych w trybie art. 13 (2), 2 Statutów obu ww. Fundacji oraz uchwał Rad obu ww. Fundacji, podjętych za zgodą Kuratora dokonanych w dniu 2 sierpnia 2024 r., a ponadto powstrzymać się od podejmowania jakichkolwiek czynności i decyzji związanych lub dokonywanych na podstawie ww. dokumentów do dnia 16 sierpnia 2024 r.

W okresie do dnia 16 sierpnia 2024 r. zostaną przeprowadzone w dobrej wierze rozmowy mające na celu uregulowanie spraw związanych z funkcjonowaniem obu ww. Fundacji.

Zygmunt Solorz       Aleksandra Żak       Piotr Żak       Tobias Solorz

206

**REPERTORIUM A Nr** 6241 /2024
*Kancelaria Notarialna w Warszawie*
*Notariusz Dariusz Wierzchucki Notariusz Adrian Ziółkowski Spółka Cywilna*
*ulica Zimna 2 lok. 23, 00-138 Warszawa*

Dnia trzeciego sierpnia roku dwa tysiące dwudziestego czwartego (03.08.2024) Dariusz Wierzchucki, notariusz w Warszawie, prowadzący Kancelarię Notarialną przy ulicy Zimnej nr 2 lokal 23 w Warszawie poświadcza, że podpisy na niniejszym dokumencie złożyli własnoręcznie w jego obecności w budynku przy ulicy Ostrobramskiej nr 77 w Warszawie:------------------------
1. **Zygmunt Józef Solorz,** syn Henryka i Moniki, PESEL: 56080407253, zamieszkały według oświadczenia: Meierhofstrasse 8, 9495 Triesen, Liechtenstein, osobiście znany notariuszowi.-----
2. **Tobias Markus Solorz,** syn Zygmunta i Ilony, PESEL: 80081919257, zamieszkały według oświadczenia: Haldenweg 18, 9495 Triesen, Liechtenstein, osobiście znany notariuszowi.---------
3. **Piotr Mateusz Żak,** syna Zygmunta i Małgorzaty, PESEL: 92092609850, zamieszkały według oświadczenia: 04-175 Warszawa, ulica Ostrobramska nr 83 m. 1801A, osobiście znany notariuszowi. -----------------------------------------------------------------------------------------------------
4. **Aleksandra Jadwiga Żak,** córka Zygmunta i Małgorzaty, PESEL: 89112205143, zamieszkała według oświadczenia: 9950 Toluca Lake Ave 91602 North Hollywood, CA, USA, osobiście znana notariuszowi. -----------------------------------------------------------------------------
Pobrano:---------------------------------------------------------------------------------------------------------
- taksy notarialnej z §13 i §17 rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 roku w sprawie maksymalnych stawek taksy notarialnej (t.j. Dz. U. z 2020 r. poz. 1473 z późn. zm.) złotych 80,00 ---------------------------------------------------------------------------------------------
- podatku od towarów i usług - 23% na podstawie art.41 ust.1 oraz art. 146ef ust. 1 pkt 1) ustawy z dnia 11 marca 2004 roku o podatku od towarów i usług (t.j. Dz. U. z 2024 r. poz. 361) złotych 18,40-------------------------------------------------------------------------------------------------------------
Razem: złotych 98,40. ------------------------------------------------------------------------------------------



*Dariusz Wierzchucki*
notariusz

207