# EXHIBIT K

[coat of arms]
PRINCIPALITY OF LIECHTENSTEIN
PRINCELY COURT OF JUSTICE

Please always quote the file number
<u>06 HG.2025.22</u>
ON 3

| | |
|---|---|
| Schurti Partners<br>Rechtsanwälte AG<br>Zollstrasse 2<br>LI-9490 Vaduz | Ritter Schierscher<br>Rechtsanwälte AG<br>Gewerbeweg 5<br>LI-9490 Vaduz |
| Roth + Partner<br>Rechtsanwälte<br>Landstrasse 40<br>LI-9495 Triesen | Gasser Partner Rechtsanwälte<br>Feldkircherstrasse 31<br>LI-9494 Schaan |
| Marxer Partner Rechtsanwälte<br>Heiligkreuz 6<br>LI-9490 Vaduz | |

Vaduz, 04/10/2025

**Foundation supervision**

Ladies and gentlemen,

As is well known, the question of legal recourse has since been decided (17 CG.2024.190). As essentially the same legal issues arise in proceedings 06 HG.2024.210 (concerning TiVi) as in the present proceedings, I intend to interrupt the present proceedings pursuant to Art 25 para 2a AussStrG [Non-Contentious Proceedings Act].

You are hereby granted a period of 14 days to comment on the intended interruption. In the absence of a statement within the time limit, consent is assumed (Art 17 AussStrG).

Kind regards
Princely Court of Justice
*[signature]*
Diana Kind
Princely Court of Justice Judge

[stamp: PRINCELY COURT OF JUSTICE]



**FÜRSTENTUM LIECHTENSTEIN**

## FÜRSTLICHES LANDGERICHT

Aktenzeichen bitte immer anführen
<u>06 HG.2025.22</u>
ON 3

Schurti Partners
Rechtsanwälte AG
Zollstrasse 2
LI-9490 Vaduz

Ritter Schierscher
Rechtsanwälte AG
Gewerbeweg 5
LI-9490 Vaduz

Roth + Partner
Rechtsanwälte
Landstrasse 40
LI-9495 Triesen

Gasser Partner Rechtsanwälte
Feldkircherstrasse 31
LI-9494 Schaan

Marxer Partner Rechtsanwälte
Heiligkreuz 6
LI-9490 Vaduz

Vaduz, 10.04.2025

**Stiftungsaufsicht**

Sehr geehrte Damen und Herren Rechtsanwälte

Bekanntermassen wurde über die Frage des Rechtsweges zwischenzeitlich entschieden (17 CG.2024.190). Nachdem sich im Verfahren 06 HG.2024.210 (betreffend die TiVi) im Wesentlichen dieselben Rechtsfragen stellen wie im gegenständlichen Verfahren, beabsichtige ich, das gegenständliche Verfahren gem Art 25 Abs 2a AussStrG zu unterbrechen.

Es wird Ihnen hiermit eine Frist von 14 Tagen eingeräumt, um sich zur beabsichtigten Unterbrechung zu äussern. Mangels Äusserung binnen Frist wird Zustimmung angenommen (Art 17 AussStrG).



Freundliche Grüsse
Fürstliches Landgericht

Diana Kind
Fürstliche Landrichterin

SPANIAGASSE 1 · 9490 VADUZ · TELEFON +423 - 236 61 11 · TELEFAX +423 - 236 65 39