# EXHIBIT R



morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2025/10/20

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German (Germany), Polish

To:

- English (USA), English (USA)

The documents are designated as:

- 01, Klage und Antrag, Schurti Partners, ON 001, 15 CG.2024.190, 29.08.2024.pdf.PDF
- 11, Beschluss, Fürstliches Landgericht, ON 049, 17 CG.2024.190, 20.12.2024.pdf.PDF
- 13, Unterbrechungsbeschluss, Fürstliches Landgericht, 06HG.2025.22, 29.04.2025.pdf.PDF
- 16, Beschluss, Fürstliches Landgericht, ON 012, 06 HG.2025.22, 13.08.2025.pdf.PDF
- (AFFIDAVIT) Eidesstättige Erklärung von Aleksandra Zak vom 20_09_2024 samt deutscher Übersetzung_.pdf.PDF
- 36, Äusserung, Gasser Partner, ON 118, 06 HG.2024.133, 08.05.2025.pdf.PDF
- Zeugenaussage des Jaroslaw Grzesiak vom 03.02.2025 (.AG).pdf.PDF
- Ablebenserklärung (.I).pdf.PDF
- Bestellung_ der Kinder des Herrn Grzesiak vom 04.03.2025 (.AF).pdf
- 01, Antrag Erlass aufsichtsrechtl. Massnahmen, Schurti Partners, ON1, 06HG.2024.133, 26.08.2024.pdf
- 60, Antrag auf Abberufung, Schurtis_Schwärzler, 06HG2024.133, 13.10.2025.pdf
- Eidesstattliche Erklärung Piotr Mateusz Zak vom 07_09_2024.pdf
- Eidesstattliche Erklärung von Tobias Markus Solorz vom 18_09_2024.pdf
- 1, Antrag auf Aufheb. von Stiftungsratsbeschl. Beschlussanfecht, S&P, ON1, 06 HG.2025.122, 01.08

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director



morningtrans.com

# TRANSLATION CERTIFICATION

Date:2025/10/23

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German (Germany) and Polish

To:

- English (USA)

The documents are designated as:

- 'EX G - Widerruf der Ablebenserklärung des Klägers vom 17. August 2024 (beurkundet und beglaubigt zur GZ 1557 des öffentlichen Notars Mag. Alexander Winkler) (.O).pdf
- EX I - Notariatsakt vom 19. August 2024 über die Änderung der Statuten der Solkomtel (GZ 1562) (.AA).pdf
- EX Q - 21, Äusserung, Peter Schierscher, ON 048, 06 HG.2024.149, 02.07.2025.pdf
- EX R - 20, Äusserung, Gasser Partner, ON 047, 06 HG.2024.149, 02.07.2025.pdf
- EX S - Eidesstätt Erklär v Tomasz Szelag vom 22.04.2025 (.AN).pdf
- EX P - 18, Antrag, Schurti Partners, ON 045, 06 HG.2024.149, 26.05.2025.pdf
- EX J - Konvolut der Notariatsakte (.U).PDF
- EX H - Notariatsakt vom 19. August 2024 über die Änderung der Statuten der Tlvi (GZ 1559) (.X).pdf
- EX F - Anfechtungserklärung des Klägers vom 13. August 2024 samt Empfangsbestätigung von Tomasz Szelag (.M).pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

4001 S 700 East, Suite 500 #B17
Salt Lake City, UT 84107

729

morningtrans.com



# TRANSLATION CERTIFICATION

Date: October 23, 2025

To whom it may concern:

I, Ute von Wietersheim a translator fluent in the German and English languages, on behalf of Morningside, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The document is designated as

- LES_1988_49_1_entscheidung_698.pdf

*[signature]*

Signature

Ute von Wietersheim

Print



morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2025/10/23**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Polish

To:

- English (USA)

The documents are designated as:

- 'EX C - Ablebenserklärung (.I).pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director



morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2025/10/26**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Greek

To:

- English (USA)

The documents are designated as:

- EX Y - 251009 Form No. 53 Affidavit Eleftheria Pavlou for Urgency en-GB.pdf - Pages 1-5, 59-63, and 98-99 ONLY

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[signature]*

Signature of **Samuel Wu**, Managing Director



morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2025/10/27**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Polish

To:

- English (USA)

The documents are designated as:

- 'Notarielle Erklärung, TiVi Foundation, 02.08.2024.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[signature]*

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2025/10/28

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Polish

To:

- English (USA)

The documents are designated as:

- 'Beilage_L _Stand-Still_ Vereinbarung der Parteien vom 3_ August 2024.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director