| | |
|---|---|
| 1 | Gary S. Lincenberg, State Bar No. 123058 |
| 2 | glincenberg@birdmarella.com<br>William E. Johnston, State Bar N. 287707 |
| 3 | wjohnston@birdmarella.com<br>BIRD, MARELLA, RHOW, LINCENBERG, |
| 4 | DROOKS, & NESSIM, LLP<br>1875 Century Park East, 23rd Floor |
| 5 | Los Angeles, CA 90067-2561<br>Telephone: (310) 201-2100 |
| 6 | Facsimile: (310) 201-2110 |
| 7 | Martin Weinstein (admitted *Pro Hac Vice*)<br>Martin.weinstein@cwt.com |
| 8 | Hyungjoo Han (admitted *Pro Hac Vice*)<br>Hyungjoo.Han@cwt.com |
| 9 | CADWALADER, WICKERSHAM & TAFT LLP<br>1919 Pennsylvania Ave NW |
| 10 | Washington, D.C. 20006<br>Telephone: (202) 862-2200 |
| 11 | Matthew M. Karlan (admitted *Pro Hac Vice*) |
| 12 | Matthew.Karlan@cwt.com<br>CADWALADER, WICKERSHAM & TAFT LLP |
| 13 | 200 Liberty Street<br>New York, NY 10281 |
| 14 | Telephone: (212) 504-6000 |
| 15 | *Attorneys for Respondent*<br>ALEKSANDRA ZAK |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF ZYGMUNT SOLORZ FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Misc. Action No.: 2:25-mc-112<br><br>Honorable Jacqueline Chooljian<br><br>**DECLARATION OF HYUNGJOO HAN IN SUPPORT OF RESPONDENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY** |

I, Hyungjoo Han, declare as follows:

1. I am an active member of the Bar of the States of New York and Texas and an Associate with Cadwalader, Wickersham & Taft LLP, attorneys of record for Respondent in this action. I am admitted to appear *pro hac vice* in this action. I make this declaration in support of Respondent's *Ex Parte* Application for Leave to File Sur-Reply. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On December 23, 2025, at approximately 8:41 a.m. PST, I emailed Petitioner's counsel—Ms. Amy Jane Longo and Messrs. David B. Hennes, Andrew S. Todres, and Isaac C.H. Sommers of Ropes & Gray LLP—to notify counsel of Respondent's *ex parte* application. In the email notice, I advised Petitioner's counsel of the basis for Respondent's application and requested that Petitioner's counsel respond by 5 p.m. EST (2 p.m. PST) on December 23, 2025 as to whether Petitioner consents to Respondent's request to file a sur-reply.

3. At approximately 9:01 a.m. PST, Mr. Todres responded to the email, "[c]onfirming receipt" of the Respondent's notice. In his email response, Mr. Todres also stated that a "same-day response deadline is inappropriate" and that counsel would "endeavor" to get back to Respondent's counsel "as soon as possible."

4. At approximately 11:36 a.m. PST, I responded to Mr. Todres

-1-

informing him that "[g]iven that the application is currently before the Court for a decision, we think it is important to alert the Court promptly that we are seeking to make additional submission" and that Respondent would "hold off on filing until mid-day" on December 24, 2025 (*i.e.*, 24 hours after providing notice) so that counsel has an opportunity to get in touch with the Petitioner before the filing.

5. On December 24, 2025, at approximately 4:51 a.m. PST, Mr. Todres responded via email on behalf of Petitioner and advised that Petitioner does not stipulate to Respondent's filing a sur-reply and intends to file a response to Respondent's *ex parte* application. A true and correct copy of my December 23 and 24, 2025 email communications with Mr. Todres is attached hereto as **Exhibit A**.

\*    \*    \*    \*    \*

I declare under the penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief, and that I executed this declaration on December 24, 2025, in Washington, D.C.

        */s/ Hyungjoo Han*
        Hyungjoo Han

-2-

DECLARATION OF HYUNGJOO HAN IN SUPPORT OF RESPONDENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY

# EXHIBIT A

## Han, Hyungjoo

| | |
|---|---|
| **From:** | Todres, Andrew <Andrew.Todres@ropesgray.com> |
| **Sent:** | Wednesday, December 24, 2025 7:51 AM |
| **To:** | Han, Hyungjoo |
| **Cc:** | Longo, Amy Jane; Hennes, David; Sommers, Isaac; Weinstein, Martin; Karlan, Matthew; Gary S. Lincenberg; William E. Johnston |
| **Subject:** | Re: Ex Parte Application, 25-mc-112 (C.D. Cal.) |

[ WARNING: External Email ]

Hyungjoo,

Thanks for allowing us the time to evaluate with our client. We do not stipulate to your filing a sur-reply, including because the relevant proceeding remains ongoing, and intend to file a response to your motion. Please advise the Court in your motion that we intend to file a response.

Thanks so much, and happy holidays.

Best,
Andrew


Andrew S. Todres
ROPES & GRAY LLP
T +1 212 596 9370 | M +1 917 992 5589
1211 Avenue of the Americas
New York, NY 10036-8704
Andrew.Todres@ropesgray.com<mailto:Andrew.Todres@ropesgray.com>
https://urldefense.com/v3/__http://www.ropesgray.com__;!!AUOQ65Bt!pxV89NGgBBAcKEN4XjEC38umUv-GdhqbD5trQ0xT26lpRbjkOVxCRsW1WxaeNDzYIqxXyanP2lPyebvx1vJBXAntJHc$<https://urldefense.com/v3/__http://www.ropesgray.com__;!!AUOQ65Bt!pxV89NGgBBAcKEN4XjEC38umUv-GdhqbD5trQ0xT26lpRbjkOVxCRsW1WxaeNDzYIqxXyanP2lPyebvx1vJBXAntJHc$>


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

On Dec 23, 2025, at 2:36 PM, Han, Hyungjoo <Hyungjoo.Han@cwt.com> wrote:


Andrew,

Thanks for getting back to us. Given that the application is currently before the Court for a decision, we think it is important to alert the Court promptly that we are seeking to make an additional submission. The local rules

1

4

require that we provide advance notice of the ex parte application, which we have done.  We will hold off on filing until mid-day tomorrow, i.e., 24 hours after providing notice.  Hopefully you can get in touch with your client before then.  If not, we'll let the Court know that you are still considering your position and that you may or may not oppose the request.

We're also available today for a call if you would like.

Thanks and happy holidays.

Kind regards,
Hyungjoo

Hyungjoo Han
(202) 862-2355
Hyungjoo.Han@cwt.com<mailto:>

From: Todres, Andrew <Andrew.Todres@ropesgray.com>
Sent: Tuesday, December 23, 2025 12:01 PM
To: Han, Hyungjoo <Hyungjoo.Han@cwt.com>
Cc: Longo, Amy Jane <Amy.Longo@ropesgray.com>; Hennes, David <David.Hennes@ropesgray.com>; Sommers, Isaac <Isaac.Sommers@ropesgray.com>; Weinstein, Martin <Martin.Weinstein@cwt.com>; Karlan, Matthew <Matthew.Karlan@cwt.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; William E. Johnston <WJohnston@birdmarella.com>
Subject: Re: Ex Parte Application, 25-mc-112 (C.D. Cal.)

Confirming receipt. You have been in possession of our reply brief for over 10 days so your 5 pm ET, same-day response deadline is inappropriate, especially given our client is located abroad and we have extended you courtesies at every step

Confirming receipt. You have been in possession of our reply brief for over 10 days so your 5 pm ET, same-day response deadline is inappropriate, especially given our client is located abroad and we have extended you courtesies at every step of this litigation. Please wait for us to get back you before filing anything, which we will endeavor to do as soon as possible. Thanks, Andrew


Andrew S. Todres

ROPES & GRAY LLP

T +1 212 596 9370 | M +1 917 992 5589

1211 Avenue of the Americas

New York, NY 10036-8704

Andrew.Todres@ropesgray.com<mailto:Andrew.Todres@ropesgray.com<mailto:Andrew.Todres@ropesgray.com%3cmailto:Andrew.Todres@ropesgray.com>>

https://urldefense.com/v3/__http://www.ropesgray.com__;!!AUOQ65Bt!rQ4eHFS35_XQuqSTft0MLuzu8-dq19jbA8IhlRdqeiPo9g-unHNR4fWDy3kYjNUa_cspeVWPlsemNlUhEZfKveXNbO0$<https://urldefense.com/v3/__http:/www.ropesgray.com__;!!AUOQ65Bt!rQ4eHFS35_XQuqSTft0MLuzu8-dq19jbA8IhlRdqeiPo9g-unHNR4fWDy3kYjNUa_cspeVWPlsemNlUhEZfKveXNbO0$><https://urldefense.com/v3/__http://www.ropesgray.com__;!!AUOQ65Bt!rQ4eHFS35_XQuqSTft0MLuzu8-dq19jbA8IhlRdqeiPo9g-unHNR4fWDy3kYjNUa_cspeVWPlsemNlUhEZfKveXNbO0$<https://urldefense.com/v3/__http://www.ropesgray

2

5

.com__;!!AUOQ65Bt!rQ4eHFS35_XQuqSTft0MLuzu8-dq19jbA8IhlRdqeiPo9g-unHNR4fWDy3kYjNUa_cspeVWPlsemNlUhEZfKveXNbO0$>>

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

On Dec 23, 2025, at 11:41 AM, Han, Hyungjoo <Hyungjoo.Han@cwt.com<mailto:Hyungjoo.Han@cwt.com>> wrote:

Counsel,

Ms. Zak intends to seek leave from the Court to file a brief sur-reply addressing (1) withdrawal of two of the legal proceedings in Liechtenstein, which occurred after Ms. Zak filed her Opposition and which was discussed in Petitioner's reply brief, (2) Petitioner's assertion that Ms. Zak is merely "presuming" the Liechtenstein court's intention to use factual findings from the TiVi proceeding in the Solkomtel proceeding, which we believe misstates the factual record, and (3) the appellate decision affirming the decision in the TiVi proceeding. Please let us know by 5 p.m. EST today whether you consent to Ms. Zak's request to file a sur-reply. If you agree, we can prepare a stipulation and proposed order to file with the Court.

Thank you,

Hyungjoo Han

Hyungjoo Han

Associate

3

6

Cadwalader, Wickersham & Taft LLP

1919 Pennsylvania Avenue N.W., Washington, D.C. 20006

Tel: +1 (202) 862-2355 | Fax: +1 (202) 862 2400

Hyungjoo.Han@cwt.com<mailto<mailto:Hyungjoo.Han@cwt.com%3cmailto>:> | http://www.cadwalader.com <https://urldefense.com/v3/__http://www.cadwalader.com__;!!GACWFz6mw-g!YIBy-uuorj5TvhqoeJOvwiFdJY-Id86ddVAAnxM3-jVsyS8a70vU00eeRL7Ac7-zG4sNbZ1-XDhTCSaKrzACWjUcCQ$><https://urldefense.com/v3/__https://www.cadwalader.com/__;!!GACWFz6mw-g!fzmN9Buei05o1MjozhMrA1X5qywb0q2z7DWBiaVv_8tD2nnQ6y5-UTRqE86vJhabX_R-jKZS79T-8WQgHWQc3nnZbA$><https://urldefense.com/v3/__https:/www.cadwalader.com/__;!!GACWFz6mw-g!fzmN9Buei05o1MjozhMrA1X5qywb0q2z7DWBiaVv_8tD2nnQ6y5-UTRqE86vJhabX_R-jKZS79T-8WQgHWQc3nnZbA$%3eAdmitted>

<https://urldefense.com/v3/__https:/www.cadwalader.com/__;!!GACWFz6mw-g!fzmN9Buei05o1MjozhMrA1X5qywb0q2z7DWBiaVv_8tD2nnQ6y5-UTRqE86vJhabX_R-jKZS79T-8WQgHWQc3nnZbA$%3eAdmitted>

Admitted<https://urldefense.com/v3/__https:/www.cadwalader.com/__;!!GACWFz6mw-g!fzmN9Buei05o1MjozhMrA1X5qywb0q2z7DWBiaVv_8tD2nnQ6y5-UTRqE86vJhabX_R-jKZS79T-8WQgHWQc3nnZbA$%3eAdmitted>inNew York and Texas only. Practicing under the supervision of D.C. Bar members.

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.