**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZYGMUNT SOLORZ<br><br>PETITIONER(S),<br><br>v.<br><br>ALEKSANDRA ZAK<br><br>RESPONDENT(S). | CASE NUMBER:<br><br>2:25−mc−00112−MEMF−JCx<br><br><br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. __Anna Y. Park__, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: __2:25−mc−00112−MEMF−AYPx__. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

__March 4, 2026__
Date

By: __/s/ *Luz Hernandez*__
Deputy Clerk